23

United States District Court
Southern District of Texas
ENTERED

AUG 27 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 25 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROBERTO HINOJOSA CASTRO, § | |
| Petitioner, § | |
| § | |
| VS. § | Civil Action No. B-96-172 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent, § | |

## ORDER DENYING REQUEST FOR CERTIFICATE OF PROBABLE CAUSE

Before the Court is Roberto Hinojosa Castro's Notice of Appeal and Request for Certificate of Probable Cause which this court will interpret as his Application for Certificate of Appealability. On May 19, 1998, this Court adopted the Magistrate Judge's Report and Recommendation and dismissed Roberto Hinojosa Castro's Petition. Having reviewed the file, this Court remains satisfied that the applicant has not made a substantial showing of the denial of a constitutional right.

Accordingly, Petitioner's request for relief should be and is hereby DENIED. Further, all pending motions are hereby DENIED and this case is deemed closed.

Done this 25th day of August, 1998, in Brownsville, Texas.

Filemon B. Vela
United States District Court Judge